**IRA S. JONES v. BEN GILLER**

15 So. (2nd) 326 June Term, 1943
October 22, 1943 Division A

*Boone & Boone* and *David B. Newsom,* for appellant.

*McKay, Dixon & DeJarnette* and *Louis Heiman,* for appellee.

PER CURIAM:

From a consideration of this record, we find no error and the judgment appealed from is affirmed.

BUFORD, C. J., TERRELL, CHAPMAN and ADAMS, JJ., concur.